450 A.2d 1042

Commonwealth v. Snyder, Appellant.

Submitted March 30, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court Judge Samuel W. Salus, II is affirmed.